United States District Court
District of Nebraska

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUN 26 2008
OFFICE OF THE CLERK

4:08CV3138

Jonathan Lee Riches,
Plaintiff

v.

Dubai International Financial Centre d/b/a DIFC;
Dubai International Financial Exchange d/b/a DIFX;
Abu Dhabi Securities Exchange; Bureau of Prisons,
Defendants

## Habeas Corpus Relief under 28 USC 2241

The manner in which my sentence was executed is unconstitional. Defendants invest in B.O.P.'s prisons in Nebraska and South Carolina. They are cost cutting to save money for their Investers, we are recieving less Nebraska corn on our food menu. We used to have a salad bar, now we get less food, I'm subjected to used clothes. I get 1 bar of soap once a month, even though I'm indigent. I'm denied phone calls to my family. I'm denied lower custody, I'm in a medium facility, this is unconstitional. Defendants allow Radical Islam in prison every Friday during Jumah at 12 pm, this puts me in danger because I'm Jewish. I seek a proper diet, better conditions. I seek counsel, my 6th amendment rights are violated under Booker and Fan Fan. I pray for relief.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

Legal Mail

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
24 JUN 2008 PM 1 L

United States District Court
District of Nebraska
Clerk of Court
Federal Bldg.
100 Centennial Mall N.
Lincoln, Nebraska 68508

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date 6/24/08

The enclosed letter was p... ...ed through special mail procedures for forwarding to you. The letter was neither opened nor p... ... If the writer raises a problem over which th... ...ity has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer