IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JONATHAN LEE RICHES,** | **CASE NO. 4:08CV3138** |
| **Petitioner,** | |
| v. | **MEMORANDUM AND ORDER** |
| **DUBAI INTERNATIONAL FINANCIAL CENTRE, DUBAI INTERNATIONAL FINANCIAL EXCHANGE, ABU DHABI SECURITIES EXCHANGE, BUREAU OF PRISONS, PITTSBURGH JACK FRANZI, TOM BREITLING, TIM POSTERS, SHELLEY BERKLEY, and RITA RUDNER,** | |
| **Respondents.** | |

This matter is before the court on its own motion. On July 3, 2008, the court entered a Memorandum and Order stating that this matter could not proceed because Petitioner filed his Petition but failed to include the $5.00 filing fee or a motion to proceed in forma pauperis and an affidavit of poverty in support thereof. (Filing No. 5.) The court gave Petitioner until August 4, 2008, in which to either pay the filing fee or submit a motion. (*Id.*) Petitioner failed to do either and has not responded in any way to the court's previous Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Petitioner failed to prosecute this matter diligently and failed to comply with this court's orders; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 18th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge